

advertisement
why ads?

Popular at KBB.com

10 Best Car Deals of the Month

# Your Blue Book® Value

Show Used Car Prices | Price Your Next Car

## 2003 Mitsubishi Lancer

Style: ES Sedan 4D

edit options | change style

Mileage: 130000 change Like 0 this car

**Trade-In Value** when trading in at a dealership | **Private Party Value** when selling the car yourself | Print Report

Excellent
**$2,444**

Very Good
**$2,344**

Good
**$2,094**

Fair
**$1,494**

Verify Condition

Shop for your next car — price a new car

Instant Trade-In Offer — get the offer

Own it? Love it? Tell Us. — write a review

Values valid until 10/04/2012 (updated weekly)

Be the first to know when values change — follow this car

advertisement
why ads?

advertisement
why ads?

## Helpful resources from kbb.com

**Write a Review** Own it? Love it? Tell us.

**Check Specs** Know your car inside and out.

**Sell Your Car** Use our Tips & Tools.

## Search Cars for Sale near Newark

Mitsubishi | Lancer

search

## Get a Used Car Report

Get the Information You Need on This 2003 Mitsubishi Before You Buy

Enter VIN (optional) go

No VIN? No Problem! Buy an UNLIMITED report today and run VINs as you research.

## New Cars You Might Like

2013 Mitsubishi Lancer

view

2013 Dodge Dart

view

2013 Ford Focus

view

Recently Viewed Cars | My Saved Cars save car





## 3 Easy Ways to Sell Your Car Fast

**Get a Free Trade-In Offer**
Local dealers are ready to buy your car.    get instant offer

**List It for Sale Online**
Reach millions of shoppers on kbb.com and AutoTrader.com.    place your ad

**Use Seller's Toolkit**
Share to Facebook, Craigslist and more.    get toolkit

---

**2012 Chevrolet Volt**



MPG: City 95 / Hwy 93
Engine: AC Electric Motor
Consumer Rating: **9.5**

view this car
Read Expert Review

**2012 CODA Sedan**



MPG: City 77 / Hwy 68
Engine: DC Electric Motor
Consumer Rating: **N/A**

view this car
Read Expert Review

**2012 Toyota Prius Plug-in**

MPG: City 87 / Hwy 49
Engine: 4-Cyl, Hybrid, 1.8 L
Consumer Rating: **9.2**

view this car
Read Expert Review

compare these vehicles
or build your own compare set

Search: Find car values or features

| Popular Topics | Car Reviews & News | Help | Company | Industry Relations |
|---|---|---|---|---|
| Best Cars | Car Reviews | FAQ | About Us | Advertising |
| Best Car Deals | Car Videos | Site Map | Contact Us | Media Center |
| Best Resale Value Awards | Car Infographics | Find a New Car | Careers | Linking Policy |
| 5-Year Cost-to-Own Center | Auto Show Debuts | What's My Car Worth | Corporate Information | Business Solutions |
| New Cars for 2013 | Car News | KBB Mobile | Recently Viewed Cars   |   My Saved Cars | save car |

B6B (Official Form 6B) (12/07) - Cont.

In re  **Crystal M Ramirez**  ,  Case No. _____
                                 Debtor

## SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 2010 Toyota Hylander good condition 59,000 miles 518 a month for a remaining 60 months | - | 18,350.00 |
| | | 2003 Lancer Mitsubish 130,000 miles fair condition with 18 remaining payments at $221 | - | 1,494.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |

Sub-Total >    19,844.00
(Total of this page)

Sheet __2__ of __3__ continuation sheets attached
to the Schedule of Personal Property

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com                    Best Case Bankruptcy