| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY | |
|---|---|
| **Caption in Compliance with D.N.J. LBR 9004-2(c)** | |
| | |
| In Re: <br><br> Crystal Ramirez | |

Order Filed on 01/10/2013 by Clerk U.S. Bankruptcy Court District of New Jersey

| | |
|---|---|
| Case No.: | 12-34475 |
| Adv. No.: | |
| Hearing Date: | 1-8-2013 |
| Judge: | Kathryn C. Ferguson |

### ORDER TO REDEEM PROPERTY OF ESTATE

The relief set forth on the following pages, numbered two (2) through _____ is hereby **ORDERED**.

**DATED: 01/10/2013**

_____
Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
NEW JERSEY
TRENTON VICINAGE

_____

IN RE:

     **CRYSTAL RAMIREZ**　　　　　　　　　Case No.:12-34475
     　　　　　　　　　　　　　　　　　　Hon. Kathryn C.Ferguson
     **Debtor.**　　　　　　　　　　　　　　Bankruptcy Judge
     　　　　　　　　　　　　　　　　　　**Proposed Order**

_____

Upon the application of Michelle Labayen representing the Debtor Crystal Ramirez seeking to redeem her personal property (2003 Mitsubishi) and for the creditors to accept from the Debtor the lump sum payment of the redemption value of the car in the amount of $1,494.00; and due notice of the aforesaid application having been given to all necessary parties and

WHEREAS;  the debtor filed a voluntary chapter 7 case and;

WHEREAS; the valuation of the car is found to be $1,494.00

WHEREAS;  PNC Bank N.A  and their counsel and the Trustee received  proper notice, and notice was provided to all of the debtors creditors, and after due deliberation;

IT IS HEREBY;

**ORDERED** that the Debtor can redeem her 2003 Mitsubishi Lancer for $1,494.00   and PNC Bank N.A  will release the lien of records to the debtor upon payment in full.


Dated: December 6, 2012　　　　　　　　　　　　_____
Newark,NJ　　　　　　　　　　　　　　　　　　Hon. Kathryn C. Ferguson
　　　　　　　　　　　　　　　　　　　　　　　United States Bankruptcy Judge

*Approved by Judge Kathryn C. Ferguson  January  10, 2013*

United States Bankruptcy Court
District of New Jersey

In re:  
Crystal M Ramirez  
       Debtor

Case No. 12-34475-KCF  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0312-3    User: gholley    Page 1 of 2    Date Rcvd: Jan 15, 2013  
                Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 17, 2013.  
db        +Crystal M Ramirez,   477 Horizon Drive,   Edison, NJ 08817-5711

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                  TOTAL: 0

       ***** BYPASSED RECIPIENTS *****  
NONE.                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jan 17, 2013**                               **Signature:**    _/s/ Joseph Speetjens_

```
District/off: 0312-3           User: gholley              Page 2 of 2              Date Rcvd: Jan 15, 2013
                               Form ID: pdf903            Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 15, 2013 at the address(es) listed below:
          Andrea   Dobin     ecftrusteead@sternslaw.com, NJ55@ecfcbis.com
          Michelle   Labayen    on behalf of Debtor Crystal Ramirez michelle@bankruptcynyc.com, aim_property@yahoo.com

                                                                         TOTAL: 2