Michelle Labayen 2960
Law Office of Michelle Labayen PC
One Gateway Center
26th Floor
Newark, NJ 07102
973-622-8180
michelle@bankruptcynyc.com

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
VICINAGE OF TRENTON

------------------------------------------------------x
In Re:

CRYSTAL M  RAMIREZ

                 Debtor
------------------------------------------------------x

         Chapter 7
         Case No.: 12-34475
         Hon Kathryn Ferguson

## CERTIFICATION OF SERVICE

    **I, MICHELLE LABAYEN**, attorney for the Debtors  hereby certifies to the Court as follows:

    1.    I am not a party for the foregoing proceeding;

    2.    I am not less than 18 years of age;

    3.    I have this day served a copy of the foregoing **MOTION TO REOPEN CHAPTER 7 FOR VIOLATION OF ORDER TO REDEEM AND DISCHARGE INJUNCTION ORDER**  on all parties in interest by placing the same in an envelope, first-class mail, postage prepaid, (or by certified mail, return receipt, postage prepaid, as indicated below), addressed to each person at his dwelling house or usual place of abode or to the place where he regularly conducts his business or profession as follows:


United States Bankruptcy Court
District of New Jersey
Honorable Kathryn Ferugson
402 East state street
Trenton, NJ 08608

United States Bankruptcy Court
402 East State Street
Trenton, NJ 08608

Andrea Dobin
Chapter 7 Trustee
Trenk DiPasquale
427 Riverview Plaza
Trenton, NJ 08611

PNC Bank National Association
P5-PCLC-A1-N
Legal Dept
2730 Liberty Avenue
Pittsburgh, PA 15222

PNC Bank NA
P.O. Box 5570
Brecksville OH 44101

July 24, 2013

Newark, NJ /s/ Michelle Labayen
Michelle Labayen
Attorney for the debtor