UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-2(c)

Michelle Labayen 2960
Law Office of Michelle Labayen
One Gateway Center
26th Floor
Newark, NJ 07102

In Re:

CRYSTAL M. RAMIREZ

Case No.: 12-34475

Chapter: 7

Adv. No.:

Hearing Date: 9/17/2013@10:00 AM

Judge: FERGUSON

## CERTIFICATION OF SERVICE

1. I, __Michelle Labayen__ :

   ☑ represent the __Debtor__ in the above-captioned matter.

   ☐ am the secretary/paralegal for _____, who represents the _____ in the above captioned matter.

   ☐ am the _____ in the above case and am representing myself.

2. On __August 31, 2013__, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below:

   MOTION TO REOPEN CHAPTER 7 FOR VIOLATION OF ORDER TO REDEEM PERSONAL PROPERTY AND VIOLATION OF THE DISCHARGE INJUNCTION ORDER.

3. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated: __8/31/13__    Signature: _[signature]_

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Chapter 7 Trustee<br>Andrea Dobin<br>427 Riverview Plaza<br>Trenton, NJ 08611 | trustee | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| PNC Bank<br>c/o General Counsel<br>One PNC Plaza<br>249 Fifth Avenue<br>Pittsburgh, PA 15222 | Creditor | ☐ Hand-delivered<br>☐ Regular mail<br>☒ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| PNC Bank<br>C/O James E Rohr Executive Officer<br>One PNC Plaza<br>249 Fifth Avenue<br>Pittsburgh, PA 15222 | creditor | ☐ Hand-delivered<br>☐ Regular mail<br>☒ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| PNC Bank National Association<br>2730 Liberty Avenue<br>Pittsburgh PA 15222 | creditor | ☐ Hand-delivered<br>☐ Regular mail<br>☒ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |