Order Filed on
**9/19/2013**
by Clerk U.S. Bankruptcy
Court District of New Jersey

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
VICINAGE OF TRENTON

IN RE:

    Crystal M. Ramirez

    **Debtor.**

CHAPTER 7
Case No.: 12-34475
Hon. Kathryn Ferguson
Bankruptcy Judge
**ORDER**

Upon the application of Michelle Labayen seeking an Order to Re open the debtor's Chapter 7 case and due notice of the aforesaid application having been given to all necessary parties and;

WHEREAS; the debtor filed a Chapter 7 and;

WHEREAS; the debtor request to Redeem her car was Granted and the debtor received her Order discharging her of her debt and;

WHEREAS; on July 24, 2013, the Debtor filed a motion requesting the re-opening of her chapter 7 case and;

WHEREAS; there was no Opposition filed by any Creditor and after proper notice was provided to the Creditors, and after due deliberation;

IT IS HEREBY;

ORDERED that the Debtor's Chapter 7 case is reopened allowing the debtor to file an Adversary Proceeding in regards to Contempt of this Court's Order and violation of the Discharge Injunction

Dated:
Trenton, NJ

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

**DATED: 9/19/2013**