Order Filed on
9/19/2013
by Clerk U.S. Bankruptcy
Court District of New Jersey

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**
**VICINAGE OF TRENTON**

_____

IN RE:                                                                                      CHAPTER 7

    Crystal M. Ramirez                                                        Case No.: 12-34475
                                                                                            Hon. Kathryn Ferguson
    **Debtor.**                                                              Bankruptcy Judge
                                                                                            **ORDER**

_____


Upon the application of Michelle Labayen seeking an Order to Re open the debtor's Chapter 7 case and due notice of the aforesaid application having been given to all necessary parties and;

WHEREAS; the debtor filed a Chapter 7 and;

WHEREAS; the debtor request to Redeem her car was Granted and the debtor received her Order discharging her of her debt and;

WHEREAS; on July 24, 2013, the Debtor filed a motion requesting the re-opening of her chapter 7 case and;

WHEREAS; there was no Opposition filed by any Creditor and after proper notice was provided to the Creditors, and after due deliberation;

IT IS HEREBY;

ORDERED that the Debtor's Chapter 7 case is reopened allowing the debtor to file an Adversary Proceeding in regards to Contempt of this Court's Order and violation of the Discharge Injunction

Dated:
Trenton, NJ

                                                _____
                                              Honorable Kathryn C. Ferguson
                                              United States Bankruptcy Judge

**DATED: 9/19/2013**

```
                        United States Bankruptcy Court
                              District of New Jersey
```

In re:                                                              Case No. 12-34475-KCF
Crystal M Ramirez                                                   Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3       User: gholley         Page 1 of 1           Date Rcvd: Sep 20, 2013
                           Form ID: pdf903       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 22, 2013.
db         #+Crystal M Ramirez,    477 Horizon Drive,    Edison, NJ 08817-5711

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 22, 2013                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 20, 2013 at the address(es) listed below:
              Andrea Dobin    ecftrusteead@trenklawfirm.com, NJ55@ecfcbis.com
              Michelle Labayen    on behalf of Plaintiff Crystal M Ramirez michelle@bankruptcynyc.com,
               melissachapter7@yahoo.com
              Michelle Labayen    on behalf of Debtor Crystal M Ramirez michelle@bankruptcynyc.com,
               melissachapter7@yahoo.com
                                                                                             TOTAL: 3