| | pnc | Search Mail | Search Web | Hi, Michelle |

**INBOX** **CONTACTS** **CALENDAR** **SEARCH: pnc** **Re: Case#12-34475 R...**

Compose | Delete | Move | Spam | Actions

- Inbox (999+)
- Conversations
- Drafts (216)
- Sent
- Spam (999+)
- Trash

**FOLDERS**
- apperance esq
- BankruptcyNYC (999+)
- Bootcamp (9)
- Court Personel
- creditor and debtor attor...
- G t
- Jayson Lutzky (2)
- mike orourke files (1)
- Notes
- Synced Messages (98)

**MESSENGER**
**APPLICATIONS**



Re: Case#12-34475 Ramirez   from david.allebach@pnc.com to you   Jan 9

Yes that's fine...I will forward to be processed.

Thanks again.

**PNC**

*Dave Allebach*
**PNC Bank**
**Bankruptcy Specialist**
6750 Miller Rd.(BR-yb58-01-3)
Brecksville, OH 44141
1-866-622-2657 ext 68119
Fax 1- 866-702-8790

From: Michelle Labayen <aim_property@yahoo.com>
To: "david.allebach@pnc.com" <david.allebach@pnc.com>
Date: 01/09/2013 12:13 PM
Subject: Re: Case#12-34475 Ramirez

Should I have her send the check to your address

Sent from my iPhone

On Jan 9, 2013, at 7:04 AM, david.allebach@pnc.com wrote:

Thank you

<mime-attachment.gif>
*Dave Allebach*
**PNC Bank**
**Bankruptcy Specialist**
6750 Miller Rd.(BR-yb58-01-3)
Brecksville, OH 44141
1-866-622-2657 ext 68119
Fax 1- 866-702-8790

From: Michelle Labayen <michelle@bankruptcynyc.com>
To: "david.allebach@pnc.com" <david.allebach@pnc.com>
Date: 01/08/2013 05:19 PM
Subject: Re: Case#12-34475 Ramirez

The order was granted today, that allows the debtor to redeem the vehicle. The payment will be made in full before the end of the month. I will forward order once it is signed.

Michelle Labayen
Law Offices of Michelle Labayen PC
Attorneys at Law

Shop smart. Save big.
Roll over for details
Don't miss this week's hottest deals.
buy 1, get 1 FREE WITH CARD
CVS pharmacy
DianhuaChina.com
1.5 ¢/分钟
可拨打中国所有手机和座机
马上打电话